IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES HOWARD,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1370

Opinion filed October 7, 2015.

An appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Appellant James Howard, pro se.

Pamela Jo Bondi, Attorney General, and Charles R. McCoy, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, CJ., THOMAS and RAY, JJ., CONCUR.